IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 09-00150-WS-N |
| | ) | (Civil Action No. 11-00474-WS) |
| STACY PARKER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(3) and dated December 3, 2013, is **ADOPTED** as the opinion of this Court.

DONE this 30th day of December, 2013.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE