IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 09-00150-WS-N |
| | ) | (Civil Action No. 11-00474-WS) |
| STACY PARKER, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the order entered on this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that the § 2255 motion filed by Stacy Parker is hereby **DENIED.** It is further declared that petitioner is not entitled to a certificate of appealability or to appeal *in forma pauperis*.

DONE this 30th day of December, 2013.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE